IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:22-cv-02298-MEH

ACCESS 4 ALL INCORPORATED
and CARLOS CUESTA,

    Plaintiffs,

v.

BELMAR CROSSINGS, LLC D/B/A
BELMAR CROSSING SHOPPING
CENTER and SHOE CARNIVAL, INC.
D/B/A SHOE CARNIVAL.

    Defendants.

---

PLAINTIFFS NOTICE OF SETTLEMENT

---

Plaintiffs, ACCESS 4 ALL INCORPORATED and CARLOS CUESTA, hereby advise the Court that they have reached an agreement in principle to settle the instant case with Defendant, SHOE CARNIVAL, INC. D/B/A SHOE CARNIVAL., via the principal for the Defendant who is an Indiana licensed attorney. The Plaintiff will file a Voluntary Dismissal with Prejudice dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than thirty (30) days from the date of this Notice. Accordingly, the Plaintiff, respectfully requests that the Court vacate all currently set dates and deadlines as to this Defendant.

Respectfully submitted this October 18, 2022.


  /s/ *Anthony J. Perez*
  ANTHONY J. PEREZ

**GARCIA-MENOCAL & PEREZ, P.L.**
1600 Broadway
Denver, Colorado 80202
Telephone: (305) 553- 3464
Primary Email:  ajperez@lawgmp.com;
Secondary E-Mail: bvirues@lawgmp.com;
dperaza@lawgmp.com;
dramos@lawgmp.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this October 18, 2022.

                                Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
1600 Broadway
Denver, Colorado 80202
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail:
bvirues@lawgmp.com;
dperaza@lawgmp.com

By:  /s/ Anthony J. Perez
      ANTHONY J. PEREZ