# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-02298-MEH

ACCESS 4 ALL INCORPORATED
and CARLOS CUESTA,

     Plaintiffs,

v.

BELMAR CROSSINGS, LLC D/B/A
BELMAR CROSSING SHOPPING
CENTER and SHOE CARNIVAL, INC.
D/B/A SHOE CARNIVAL.

     Defendants.

---

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

---

Pursuant to Fed. Civ. P. 41(a)(1), Plaintiffs, ACCESS 4 ALL INCORPORATED and CARLOS CUESTA, by and through his undersigned counsel, hereby dismiss Defendant, SHOE CARNIVAL, INC. D/B/A SHOE CARNIVAL, with Prejudice.

Dated this December 5, 2022.

Respectfully Submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
1600 Broadway
Denver, CO 80202
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: dperaza@lawgmp.com

By: */s/ Anthony J. Perez*

1

ANTHONY J. PEREZ

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via

the Court's electronic filing system upon all parties of record on December 5, 2022.

Respectfully Submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
1600 Broadway
Denver, CO 80202
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: dperaza@lawgmp.com

By*: /s/ Anthony J. Perez*
        ANTHONY J. PEREZ