IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-02298-MEH

ACCESS 4 ALL INCORPORATED
and CARLOS CUESTA,

    Plaintiffs,

v.

BELMAR CROSSINGS, LLC,
d/b/a Belmar Crossing Shopping Center,

    Defendant.

---

**JOINT NOTICE OF SETTLEMENT**

---

    Plaintiff, ACCESS FOR ALL INCORPORATED and CARLOS CUESTA, and Defendant, BELMAR CROSSINGS, LLC d/b/a Belmar Crossing Shopping Center, hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than thirty (30) days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in this case as to this Defendant.

Respectfully submitted this January 23, 2025.

ANTHONY J. PEREZ LAW GROUP, PLLC
*Attorneys for Plaintiffs*
7950 w. Flagler Street, Suite 104
Miami, Florida 33144
Telephone: (786) 361-9909
Facsimile: (786) 687-0445
Primary E-Mail: ajp@ajperezlawgroup.com
Secondary E-Mail: jr@ajperezlawgroup.com

By: ___/s/_Anthony J. Perez_____
         ANTHONY J. PEREZ

*/s/ Courtenay Leigh Patternson*
Courtenay Leigh Patterson
LAW OFFICES OF COURTENAY PATTERSON
1716 North Main Street Suite A. #331
Longmont, CO 80501
Telephone: (720) 222-9551
Email: courtenay.patterson@gmail.com
*Attorney for Defendant Belmar Crossings, LLC*


*/s/ Carolin Topelson, Esq.*
CAROLIN TOPELSON LAW, LLC
3900 E Mexico Ave, Suite 300
Denver, CO 80210
Telephone: (720) 305-9903
Email: carolin@topelsonlaw.com
*Attorney for Defendant Belmar Crossings, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this January 23, 2025.

                Respectfully submitted,

**ANTHONY J. PEREZ LAW GROUP, PLLC**
*Attorneys for Plaintiffs*
7950 w. Flagler Street, Suite 104
Miami, Florida 33144
Telephone: (786) 361-9909
Facsimile: (786) 687-0445
Primary E-Mail: ajp@ajperezlawgroup.com
Secondary E-Mail: jr@ajperezlawgroup.com

By: ___/s/ Anthony J. Perez___
      ANTHONY J. PEREZ