IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02298-CYC

CARLOS CUESTA, and
ACCESS 4 ALL INCORPORATED,

    Plaintiffs,

v.

BELMAR CROSSINGS, LLC,

    Defendant.

---

## MINUTE ORDER

**Entered by Cyrus Y. Chung, United States Magistrate Judge, on January 24, 2025.**

    This matter is before the Court on the parties' Joint Notice of Settlement. ECF No. 62. It is hereby ORDERED that dismissal papers shall be filed **on or before February 24, 2025**.

    It is further ORDERED that Plaintiffs' Motion for Summary Judgement and Supporting Memorandum of Law, ECF No. 47, and Defendant Belmar Crossing's Motion for Summary Judgment, ECF No. 48, are **DENIED as moot**.