**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-02298-MEH

ACCESS 4 ALL INCORPORATED
and CARLOS CUESTA,

      Plaintiffs,

v.

BELMAR CROSSINGS, LLC D/B/A
BELMAR CROSSING SHOPPING
CENTER

      Defendant.

---

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

---

Plaintiffs, ACCESS 4 ALL INCORPORATED and CARLOS CUESTA, and Defendant, BELMAR CROSSINGS, LLC D/B/A BELMAR CROSSING SHOPPING CENTER by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE to the immediate dismissal of this action with prejudice, with each party to bear its own attorney's fees and costs. Furthermore, the parties stipulate that any obtained judgement has been satisfied in full.

STIPULATED AND AGREED by Counsel for the Parties on the dates below written.

Respectfully submitted on February 24, 2025.

                  Respectfully Submitted,

                  ANTHONY J. PEREZ LAW GROUP, PLLC
                  *Attorneys for Plaintiffs*
                  7950 w. Flagler Street, Suite 104
                  Miami, Florida 33144
                  Telephone: (786) 361-9909

Facsimile: (786) 687-0445
Primary E-Mail: ajp@ajperezlawgroup.com
Secondary E-Mail: jr@ajperezlawgroup.com

By: ___/s/ Anthony J. Perez_____
　　　ANTHONY J. PEREZ


*/s/ Courtenay Leigh Patternson*
Courtenay Leigh Patterson
LAW OFFICES OF COURTENAY
PATTERSON
1716 North Main Street Suite A. #331
Longmont, CO 80501
Telephone: (720) 222-9551
Email: courtenay.patterson@gmail.com
*Attorney for Defendant Belmar Crossings, LLC*

*/s/ Carolin Topelson, Esq.*
CAROLIN TOPELSON LAW, LLC
3900 E Mexico Ave, Suite 300
Denver, CO 80210
Telephone: (720) 305-9903
Email: carolin@topelsonlaw.com
*Attorney for Defendant Belmar Crossings, LLC*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this February 24, 2025.

Respectfully submitted,

**ANTHONY J. PEREZ LAW GROUP, PLLC**
*Attorneys for Plaintiffs*
7950 w. Flagler Street, Suite 104
Miami, Florida 33144
Telephone: (786) 361-9909
Facsimile: (786) 687-0445
Primary E-Mail: ajp@ajperezlawgroup.com
Secondary E-Mail: jr@ajperezlawgroup.com

By: ____/s/ Anthony J. Perez_____
     ANTHONY J. PEREZ